UNITED STATES DISTRICT COURT
IN THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| HUAWEI TECHNOLOGIES CO., LTD ET AL<br><br>Plaintiff<br><br>v.<br><br>VERIZON COMMUNICATIONS, INC. ET AL<br><br>Defendants | No. 6:20-CV-90-ADA |

**PROPOSED ORDER GRANTING AGREED MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**

Before the Court is Defendants Verizon Communications, Inc., Cellco Partnership d/b/a Verizon Wireless and Verizon Business Network Services, Inc. ("Verizon" or "Defendants")  agreed motion to extend the time within which Defendants are required to move, answer, or otherwise respond to Plaintiffs' Complaint.  In light of this motion, the Court is of the opinion that the motion is meritorious and it should be, and is hereby, granted.  Accordingly, it is

**ORDERED** that Defendants' agreed motion to extend the time within which Defendants are required to move, answer, or otherwise respond to Plaintiffs' Complaint  is **GRANTED**.  It is further

**ORDERED** that the time in which Defendants are required to move, answer, or otherwise respond to Plaintiffs' Complaint be extended to and include April 1, 2020.

**SIGNED** February _____, 2020

_____
United States District Judge