IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| HUAWEI TECHNOLOGIES CO., LTD., HUAWEI DEVICE CO., LTD., and HUAWEI DIGITAL TECHNOLOGIES (CHENGDU) CO., LTD., <br><br> Plaintiffs, <br><br> vs. <br><br> VERIZON COMMUNICATIONS INC., CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS, and VERIZON BUSINESS NETWORK SERVICES INC., <br><br> Defendants. | No. 6:20-cv-090-ADA |

## ORDER

For good cause, Plaintiffs' unopposed motion to amend the case schedule is hereby granted. The following deadlines shall now apply:

| Schedule Item from Order Governing Proceedings | New Deadline |
|---|---|
| Opening Expert Reports | 5/5/2021 |
| Rebuttal Expert Reports | 6/2/2021 |
| Close of Expert Discovery | 6/23/2021 |
| Deadline for the second of two meet and confer to discuss narrowing the number of claims asserted and prior art references at issue to triable limits. To the extent it helps the parties determine these limits, the parties are encouraged to contact the Court's Law Clerk for an estimate of the amount of trial time anticipated per side. The parties shall file a Joint Report within 5 business days regarding the results of the meet and confer. | 6/28/2021 |

| Schedule Item from Order Governing Proceedings | New Deadline |
|---|---|
| Dispositive motion deadline and *Daubert* motion deadline | 7/9/2021 (unchanged) |

SIGNED this 17th day of June, 2021.

 

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE