IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| HUAWEI TECHNOLOGIES CO., LTD., HUAWEI DEVICE CO., LTD., and HUAWEI DIGITAL TECHNOLOGIES (CHENGDU) CO., LTD.,<br><br>Plaintiffs,<br><br>vs.<br><br>VERIZON COMMUNICATIONS, INC., CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS, and VERIZON BUSINESS NETWORK SERVICES, INC.,<br><br>Defendants. | No. 6:20-cv-090-ADA |

### ORDER GRANTING JOINT MOTION TO DISMISS U.S. PATENT NOS. 7,715,832 AND 8,761,839 AND TO DISMISS CO-PLAINTIFF HUAWEI DEVICE CO., LTD.

Before the Court is Plaintiffs Huawei Technologies Co., Ltd., Huawei Device Co., Ltd., and Huawei Digital Technologies (Chengdu) Co., Ltd. (collectively, "Huawei") and Defendants Verizon Communications, Inc., Cellco Partnership d/b/a Verizon Wireless, and Verizon Business Network Services, Inc.'s (collectively, "Verizon") Joint Motion to Dismiss U.S. Patent Nos. 7,715,832 and 8,761,839 and to Dismiss Co-Plaintiff Huawei Device Co., Ltd.

Having considered the motion, and for good cause shown, the motion is GRANTED.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE